SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Numeriano P. Inumerable (SBN 144076)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff,
ANGEL GARCIA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL GARCIA,<br><br>          Plaintiff,<br><br>     vs.<br><br>EUKYA USA, INC.; COI PROPERTIES LLC; and DOES 1 to 10,<br><br>          Defendants. | **Case No.: 2:25-cv-12331-MWC-DSR**<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff ANGEL GARCIA ("Plaintiff") and Defendant EUKYA USA, INC.; COI PROPERTIES LLC stipulate and jointly request that this Court dismiss the above-captioned action, without prejudice, in its entirety.  Each party shall bear his/her/its own costs and attorneys' fees.

\\

\\

\\

\\

\\

\\

NOTICE OF SETTLEMENT OF ENTIRE CASE

Respectfully submitted,

DATED: March 30, 2026          SO. CAL. EQUAL ACCESS GROUP


                               By:   /s/  Jason J. Kim
                                     Jason J. Kim
                                     Attorneys for Plaintiff


DATED: March 30, 2026          THE MALONEY FIRM, APC


                               By:   /s/ Patrick M. Maloney
                                     Patrick M. Maloney, Esq.
                                     Attorneys for Defendant
                                     EUKYA USA, INC.; COI PROPERTIES
LLC

### Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


Dated: March 30, 2026                    By: /s/ Jason J. Kim
                                             Jason J. Kim

-2-

NOTICE OF SETTLEMENT OF ENTIRE CASE